JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIE K., on behalf of S.M.S.,<br><br>                     Plaintiff,<br><br>     v.<br><br>MARTIN J. O'MALLEY, Commissioner<br>of Social Security,<br><br>                Defendant. | NO. SACV 22-2107 AGR<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that judgment is entered for the Plaintiff.  The decision of the Commissioner is reversed, and this matter is remanded for reconsideration of Dr. Seward's opinions, Plaintiff's residual functional capacity, and further proceedings consistent with the Opinion and Order.

DATED: May 30, 2024

_Alicia G. Rosenberg_

_____

ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE