# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elsie Kaldirim on behalf of S.M.S., <br><br> Plaintiff, <br><br> v. <br><br> Martin O'Malley, Commissioner of Social Security, <br><br> Defendant. | Case No: 8:22-cv-02107-AGR <br><br> [~~PROPOSED~~] ORDER FOR STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, **IT IS ORDERED** that fees and expenses in the amount of TEN THOUSAND DOLLARS AND 00/100 ($10,000.00) and costs in the amount of Zero dollars ($0.00) under 28 U.S.C. §1920, as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

DATE: August 21, 2024

_____
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE